

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON EMERGENCY MOTION

Appellate case name:        In re Ramesh Kapur d/b/a AIC Management

Appellate case number:    01-22-00556-CV

Trial court case number:  2019-03530

Trial court:                333rd District Court of Harris County

Date motion filed:          September 1, 2022

Party filing motion:        Relator

On July 29, 2022, Relator filed a petition for writ of mandamus seeking to set aside the trial court's order granting Real Party in Interest's Motion for Judgment Nunc Pro Tunc. Relator filed a corresponding Emergency Motion for Temporary Relief seeking a stay of the trial court's judgment pending resolution of his petition. We denied Relator's Emergency Motion for Temporary Relief on August 1, 2022.

On September 1, 2022, Relator filed a Motion for Emergency Hearing requesting that we "provide relief until such time [as his] petition for writ of mandamus has been ruled by this court." Relator's Motion for Emergency Hearing is **DENIED**. *See* TEX. R. APP. P. 52.10.

Judge's signature: /s/ Veronica Rivas-Molloy
                        Acting individually

Date:  September 2, 2022